**Opinion filed September 15, 2011**



In The

# Eleventh Court of Appeals

_____

## No. 11-11-00165-CV
_____

## DAVID RAY BURCH, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 358th District Court**

**Ector County, Texas**

**Trial Court Cause No. D-24,724**

## M E M O R A N D U M   O P I N I O N

Upon receiving the clerk's record in this cause, it became apparent to this court that no final appealable order had been entered by the trial court. Accordingly, the clerk of this court wrote appellant, informed him that it did not appear that this court had jurisdiction, and requested that appellant respond by August 22, 2011, and show grounds to continue this appeal. We also notified appellant that the appeal may be dismissed pursuant to TEX. R. APP. P. 42. *See* Rule 42.3. Appellant has responded to our letter with a motion in which he attempts to show

grounds to continue this appeal. In the motion, appellant asserts that he was denied due process and the opportunity to be heard.

The record shows that appellant did not request any relief from the trial court (via motion or otherwise) after receiving the trial court's order to withdraw funds from appellant's inmate trust account and that appellant, instead, filed a notice of appeal. The order to withdraw funds is not a final, appealable order. *See Harrell v. State*, 286 S.W.3d 315, 316 n.1, 321 (Tex. 2009) ("withdrawal order" is actually a notification from the court, not an order); *Webb v. State*, 324 S.W.3d 229 (Tex. App.—Amarillo 2010, no pet.); *Ramirez v. State*, 318 S.W.3d 906 (Tex. App.—Waco 2010, no pet.). Unless specifically authorized by statute, appeals may be taken only from final judgments. *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840-41 (Tex. 2007); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191 (Tex. 2001). No appealable order has been entered in this case.

Consequently, we dismiss this appeal for want of jurisdiction.


PER CURIAM


September 15, 2011

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.